UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                         Case No. 07-cr-130-01-04-SM

<u>Corey Donovan, Micah Donovan</u>
<u>Ian Burns, and Jay Lawrence</u>

O R D E R

Defendant Ian Burn's assented-to motion to continue the trial (document no. 45) is granted. Trial has been rescheduled for the January 2008 trial period. Defendant Burns shall file a Waiver of Speedy Trial Rights not later than October 2, 2007. On the filing of the waivers, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account

the exercise of due diligence under the circumstances.

    Final Pretrial Conference: December 17, 2007 at 9:30 AM

    Jury Selection:        January 8, 2008 at 9:30 AM

    SO ORDERED.

September 26, 2007

Steven J. McAuliffe
Chief Judge

cc:  Terry Ollila, Esq.
     Liam D. Scully, Esq.
     Mark Sisti, Esq.
     Paul Garrity, Esq.
     Sven Wiberg, Esq.
     U. S. Probation
     U. S. Marshal